AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Andre C. Myers

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:13-cv-221-WTM-GRS
4:95-cr-123-WTM-GRS

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the court's order dated 10/26/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying petitioner's 28 U.S.C. § 2255 petition. This case stands closed.



10/26/2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*